IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | **CR. NO. 04-0227-CG** |
| ) | |
| **TERRY RAY REED,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This matter came on for a competency hearing on May 16, 2005, at which the United States and the Defendant advised that no additional testimony would be offered, and that they would rely on the evaluation issued by the Bureau of Prisons.

The court, relying on the Bureau of Prisons Forensic Evaluation dated March 22, 2005, and the fact that no further evidence was offered, finds by a preponderance of the evidence that the defendant, Terry Ray Reed, is competent to stand trial.

The defendant filed a Notice of Intent to Plead Guilty on this date (Doc. 16).  Therefore, a change of plea hearing is hereby **SCHEDULED** for **Wednesday, May 18, 2005, at 9:00 a.m.** to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama

The U.S. Marshal is **ORDERED** to produce the defendant for the hearing.

**DONE and DONE and ORDERED** this 16th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE